NATIONAL BANK OF SAVANNAH *et al.* v. EVANS *et al.*, receivers.

FISH, C. J. This case is controlled by the decision this day rendered in the case of *National Bank of Savannah* v. *Evans*, ante.

*All the Justices concur.*

No. 1087.    APRIL 18, 1919.

Questions certified by Court of Appeals (Case No. 9415). Counsel as in case next preceding.